99

United States District Court
Southern District of Texas
FILED
JAN 12 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. M-21-0159 |
| | § | |
| JUAN MARVIN GARCIA | § | |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

On or about December 17, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JUAN MARVIN GARCIA**

did fraudulently and knowingly export and send from the United States, or attempt to export and send from the United States to the United Mexican States, any merchandise, article, or object, to wit: approximately 12,800 rounds of 7.62 x 39mm ammunition, 150 rounds of 38 Special ammunition, 60 rounds of .223 calibur ammunition, and one Stoeger Cougar 9mm pistol, without a license or written approval from the United States Department of Commerce, as required by Title 50, United States Code, Sections 4819 and Title 15, Code of Federal Regulations, Sections 730-774.

In violation of Title 18, United States Code, Sections 554(a) and 2.

**NOTICE OF FORFEITURE**
**18 U.S.C. § 554**

Pursuant to 19 U.S.C. § 1595a (d) and 28 U.S.C. § 2461 the United States gives notice to defendant,

**JUAN MARVIN GARCIA**

that upon conviction of a violation of 18 U.S.C. 554, as charged in this Indictment, all merchandise

exported or sent from the United States or attempted to be exported or sent from the United States contrary to law, or the proceeds or value thereof, and property used to facilitate the exporting or sending of such merchandise, the attempted exporting or sending of such merchandise, or the receipt, purchase, transportation, concealment, or sale of such merchandise prior to exportation shall be forfeited to the United States and includes, but is not limited to the following:

12,800 rounds of 7.62 x 39mm ammunition

150 rounds of 38 Special ammunition

60 rounds of .223 calibur ammunition

one Stoeger Cougar 9mm pistol, serial number T6429-10A005443

one Smith and Wesson MP 40, serial number HKN5239

A TRUE BILL

FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY