99

U.S. Department of Justice
Washington, D.C.
12/18/2020/mm

Criminal Docket

McALLEN Division

CR. No. M-21-0159 M-20-2844-M

**INDICTMENT** Filed: January 12, 2021

Judge: **MICAELA ALVAREZ**

County: Hidalgo

Lions #: **2020R13745**

UNITED STATES OF AMERICA

Attorneys:
RYAN K. PATRICK, UNITED STATES ATTORNEY

COLTON TURNER, ASST. U.S. ATTORNEY

v.

JUAN MARVIN GARCIA
*Custody: 12/17/2020*

Cts. 1 Yvonne M. Sanchez, FPD, (956) 630-2995

Charge(s): Ct. 1: Smuggling goods from the United States
Title 18, United States Code, Sections 554(a) and 2.

Total Counts
(1)

Penalty: Cts. 1: Imprisonment for not more than 10 yrs. and/or a fine not to exceed $250,000.00 and at least a 3 yr. SRT

Agency: Homeland Security Investigations - William A. Hartley – MC06VS21MC0001

| Date | Proceedings |
|---|---|
| | |