United States District Court
Southern District of Texas
**ENTERED**
March 03, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 7:21−cr−00159 |
| | § | |
| Juan Marvin Garcia | § | |

**PRE−SENTENCE INVESTIGATION SCHEDULE**

The Defendant having been adjudicated GUILTY in this cause, it is hereby ORDERED as provided by Local Rule 32 of the Southern District of Texas.

1. That the investigation and preparation of the pre-sentence report be completed by **April 7, 2021**.

2. That immediately thereupon the pre-sentence report shall be made available to the Defense Counsel and Counsel for the Government via electronic delivery.

3. That counsel shall electronically file objections to the report (including the alleged facts of the offense and application of the sentencing guidelines) by **April 21, 2021**. A hard copy of such objections shall also be provided to Probation. If there is no objection, likewise a statement of non-opposition signed by Counsel and the Defendant shall be filed.

4. That after further investigation the pre-sentence officer shall submit a final report by **May 5, 2021**.

5. That counsel shall electronically file memorandums and/or any documentation for sentencing purposes **7 days before the sentencing hearing.** Any documentation not timely filed may be orally presented at the time of the sentencing.

6. That this case is set for sentencing hearing on **May 20, 2021 at 10:00 AM**.

SO ORDERED on March 3, 2021 at McAllen, Texas.

Micaela Alvarez
United States District Judge